June 9th, 2025

To whom it may concern:

I, Tashna Lolita Malone, would like to file a motions to reopen my bankruptcy case-number 24-12119 LGB. The judge was the Honorable Lisa G Beckerman and the paralegal was Suzanne P Dineen. I am making this request as it was closed without being discharged because I did not file the Financial Management Certificate. I was not in the country when I was requested to appear in court and did not get the notification as I have recently moved. I also have additional debt that I need to add to this bankruptcy. Please advise on if this would be possible.

Best,

*[signature]*

Tashna Malone
53 E 34th Street
406
New York, NY 10016

Prior address
501 E 87th Street
4F
New York, NY 10128

212-814-3036

Tashnalolita@yahoo.com

*[Filed stamp: 2025 JUN -9 A 10: 26, U.S. BANKRUPTCY COURT, S.D.N.Y.]*