UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                                                                Chapter 7

   Tashna Lolita Malone,                                              Case No. 24-12119 (LGB)

                                 Debtor.
-----------------------------------------------------------X

**ORDER DENYING**
**<u>MOTION TO REOPEN CHAPTER 7 CASE</u>**

      **UPON** the Debtor having filed a chapter 7 petition on December 2, 2024 (the "Petition") [ECF No. 1], and having failed to file a Financial Management Certificate with the Petition or within fourteen days thereafter as required pursuant to Rules 1007(b)(7) & (c) of the Federal Rules of Bankruptcy Procedure; and the Clerk of Court having filed Notice of Requirement to Complete Course in Financial Management on February 25, 2025 [ECF No. 5]; and the Clerk of the Court having filed a Notice of Hearing on March 14, 2025 [ECF No. 7], advising the Debtor of the pending closure of the case without an order of a discharge; and the Court having conducted the hearing on April 15, 2025 at which the Debtor did not appear; and the Court having issued the *Order Closing Case Without a Discharge* [ECF No. 9] on April 15, 2025; and notice of the *Order Closing Case Without a Discharge* having been served on April 15, 2025 [ECF No. 11]; and the *Order of Final Decree* [ECF No. 10] having been issued on April 15, 2025 and served on April 16, 2025 [ECF No. 12]; and the Debtor having filed the *Letter* [ECF No. 13] on June 9, 2025 requesting the Court to reopen the above-referenced bankruptcy case; and the Clerk of Court having refiled Debtor's Letter as the *Motion to Reopen Chapter 7 Case* (the "Motion") [ECF No. 14] on June 20, 2025; and the Court having considered the relief requested in the Motion; it is hereby

      **ORDERED**, that the Debtor has not demonstrated that sufficient cause exists under 11 U.S.C. § 350(b) to reopen the above-referenced case; and it is further

**ORDERED,** that the Motion is denied; and it is further

**ORDERED**, that the Debtor is not prohibited from filing a new bankruptcy case.

Dated: New York, New York
June 10, 2025

*/s/ Lisa G. Beckerman*
HONORABLE LISA G. BECKERMAN
UNITED STATES BANKRUPTCY JUDGE